**Fill in this information to identify the case:**

Debtor 1 Carlos Ortiz Lopez

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California
Santa Rosa Division

Case number 25-10305

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-2

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 0 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ______________

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 07/21/2025 | (5) | $ 1,225.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: 410A | 07/21/2025 | (11) | $ 325.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.



Case: 25-10305 Doc# Filed: 01/07/26 Entered: 01/07/26 14:19:16 Page 1 of 3

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Raquel Felix
Signature

Date 01/07/2026

Print: Raquel Felix
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Hill Wallack LLP

Address 261 Madison Avenue, 9th Floor, Suite 940-941
Number Street
New York, NY 10016
City State ZIP Code

Contact phone 929-295-7876

Email rfelix@hillwallack.com


Case: 25-10305 Doc# Filed: 01/07/26 Entered: 01/07/26 14:19:16 Page 2 of 3
Print Save As... Add Attachment Reset

IN THE UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| In Re: | |
|---|---|
| Carlos Ortiz Lopez<br><br>Debtor(s). | Case No.: 25-10305<br><br>Chapter 13<br><br>Bankruptcy Judge: Dennis Montali |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed and was served on 01/07/2026 by ECF or First-Class Mail, Postage Prepaid upon:

**Carlos Ortiz Lopez**
**1100 Albion Pl**
**Santa Rosa, CA 95401**
**Debtor**

**Evan Livingstone**
Law Office of Evan Livingstone
2585 Sebastopol Rd
Ste Unit 7265
Santa Rosa, CA 95407
**Debtor's Counsel**

**David Burchard**
P.O. Box 8059
Foster City, CA 94404
**Trustee**

**U.S. Trustee**
Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave.
5th Floor #05-0153
San Francisco, CA 94102
**U.S. Trustee**

Dated: 01/07/2026

Respectfully submitted,

/s/ Manuela Navarrete
Hill Wallack, LLP