Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone: (707) 280-2791
Fax:    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor
Carlos Ortiz Lopez

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CARLOS ORTIZ LOPEZ<br><br>Debtor(s) | Case No.   25-10305<br><br>Chapter    13<br><br>**NOTICE OF OPPORTUNITY FOR HEARING AND OPPORTUNITY TO OBJECT TO DEBTOR'S CHAPTER 13 PLAN** |

NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Chapter 13 Plan. Pursuant to Bankruptcy Local Rule 3015-1(b)(1) any objection, must be filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s)' attorney and the Chapter 13 Trustee, within twenty one (21) days of mailing of the notice; objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection, the Court may enter an order confirming the plan; If a timely objection is made, a hearing will be noticed and served on parties.

Dated: June 24, 2025

/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor
Carlos Ortiz Lopez