DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CARLOS ORTIZ LOPEZ
1100 ALBION PL
SANTA ROSA, CA 95401-0000

Debtor(s)

Chapter 13
Case No:  25-10305 DM
Date:      December 10, 2025
Time:      10:10 AM
Ctrm:     ZOOM VIDEO

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1.  This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.  This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 05/20/2025.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee.  As of the date of this motion, $2,534.38 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:     October 21, 2025            DAVID BURCHARD
                                        DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CARLOS ORTIZ LOPEZ
1100 ALBION PL
SANTA ROSA, CA 95401-0000

Debtor(s)

Chapter 13
Case No:  25-10305 DM
Date:       December 10, 2025
Time:       10:10 AM
Ctrm:      ZOOM VIDEO

**DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE
PRIOR TO CONFIRMATION**

I, ROSA GARCIA, am employed by David Burchard, Chapter 13 Trustee.  As part of my employment, I am familiar with the Chapter 13 Trustee's records and procedures and have access to the records of this case.  Such records are maintained under the control and supervision of the Chapter 13 Trustee and are kept in the ordinary course of business.  I make these statements based upon my own personal knowledge, except those statements based on information and belief, and, as to those statements I believe them to be true.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1.  Debtor(s) filed the instant bankruptcy petition on 05/20/2025.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2.  As of the date hereof, the following fact(s) exists as cause for dismissal:

|  |  |
|---|---|
| X | Failure to make required payments to the Trustee. $2,534.38 is in default under Ch. 13 Plan. |
|  | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 21, 2025 in Foster City, California.

Dated:  October 21, 2025

ROSA GARCIA
ROSA GARCIA

CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CARLOS ORTIZ LOPEZ
1100 ALBION PL
SANTA ROSA, CA 95401-0000

The following recipients have been served via Court's Notice of Electronic Filing:

EVAN LIVINGSTONE
evanmlivingstone@gmail.com

Dated:    October 21, 2025                                ROSA GARCIA _____
                                                         ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

    CARLOS ORTIZ LOPEZ
    1100 ALBION PL
    SANTA ROSA, CA 95401-0000


              Debtor(s)

Case No.:  25-10305 DM
Chapter 13


**ATTACHMENT "A"**


The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1.  Schedule A/B fails to reflect any interest in household goods, clothing, etc.  Trustee requested an amended Schedule A/B which accurately lists all property in which the debtor has an interest in at the time of the filing of the petition.  The debtor has failed to file an amended Schedule A/B.

2.  The debtor has improperly deducted ordinary and necessary business expenses from gross receipts on line 5 of Form 122C-1.  Trustee requested an amended Form 122C-1 which includes ordinary and necessary business expenses in question 43 of Form 122C-2.  The debtor has failed to file amended Forms 122C-1 and 122C-2.