Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa CA 95407
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cynthia Ann McCarn

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Carlos Ortiz Lopez

Debtor(s)                                    /

Case No.        25-10305 DM
Chapter 13

INITIAL APPLICATION FOR COMPENSATION
[For cases filed on or after 11/01/2023]

Applicant, _____ Evan Livingstone _____, hereby submits this *Initial Application for Compensation* and requests approval of attorney's fees in the amount of $___$6,000___ pursuant to the *Guidelines for Payment of Attorney's Fees in Chapter 13 Cases* in the above-captioned matter. Prior to filing this case, Applicant was paid $___$4,500___, and Applicant requests that the remaining initial fees of $___$1,500___ be paid through Debtor's Chapter 13 Plan pursuant to Section 6, upon approval by this Court.

In addition to the base fee of $5,200, Applicant requests approval of the following initial fees:

*Instructions: If item is applicable, check the left column, then the # of allowed instances and the total $ amount for that item.*

| X | # | $ Total | Additional Initial Fees | Allowed |
|---|---|---------|-------------------------|---------|
| X |   | $400 | Operating business — if Schedules I & J show business income & expenses | 3,000 |
|   |   |      | Business closed within six months prior to petition date | 1,500 |
| X |   | $400 | Real property (principal residence) with liens | 3,000 |
|   |   |      | Other real property with liens in default | 1,500 |
|   |   |      | Other real property with liens not in defaulted | 800 |
|   |   |      | Tax claims | 1,200 |
|   |   |      | Student loans - excluding adversary proceedings | 500 |
|   |   |      | Cases with 25 or more creditors | 500 |
|   |   |      | Personal property loans/leases ($2,000 / + owed) (each) - **no** Motion/Attachment | 900 |
|   |   |      | Manufactured homes or mobile homes with secured claim(s) (each) | 1,500 |
|   |   |      | Domestic support arrears | 1,000 |
|   |   |      | Motions to extend or impose the automatic stay | 1,500 |
|   |   |      | Motion or plan with Attachment B: to value secured claim (each) *[$600 for Motion or Attachment + $900 for personal property loans or leases = $1,500]* | 1,500 |
|   |   |      | Motion or plan with Attachment C: to void wholly unsecured lien (each) | 1,500 |
|   |   |      | Motion or plan with Attachment D: to avoid 522(f) lien (each) | 1,500 |

Applicant hereby attests under penalty of perjury that the fees requested are reasonable and necessary to representation of the interests of the debtor in connection with the bankruptcy case, and the fees requested comply with the *Guidelines for Payment of Attorney's Fees in Chapter 13 Cases* and with the *Rights and Responsibilities of Chapter 13 Debtors and their Attorneys* filed herein. See Doc. No. _14_.

WHEREFORE, Applicant requests that the Court enter an order approving the Application and for such other and further relief as the Court deems just and proper.

Dated: ___5/20/2025___

Respectfully Submitted,

By: ___/s/Evan Livingstone___